IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| G. NEIL GARRETT, D.D.S., P.C., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 15-cv-5349 |
| v. | ) ) | Honorable Judge Norgle Magistrate Judge Brown |
| RENAISSANCE SYSTEMS AND SERVICES, LLC, and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**

**G. NEIL GARRETT, D.D.S., P.C.**

/s/ Dulijaza (Julie) Clark
By one of its attorneys
Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

**DEFENDANT**

**RENAISSANCE SYSTEMS AND SERVICES, LLC**

/s/ Bart Thomas Murphy
By one of its attorneys
Bart Thomas Murphy
Ice Miller LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532
(630) 955-0555

## **CERTIFICATE OF SERVICE**

       I, Dulijaza Clark, hereby certify that on August 21, 2015, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which will be served on the following counsel of record by the Clerk's CM/ECF system:

Nicholas Alan Casto
Isaac J. Colunga
Ice Miller LLP
200 W. Madison St.
Suite 3500
Chicago, IL 60606
(312) 726-8105
nicholas.casto@icemiller.com
isaac.colunga@icemiller.com

Bart Thomas Murphy
Ice Miller LLP
2300 Cabot Drive
Suite 455
Lisle, IL 60532
(630) 955-0555
bart.murphy@icemiller.com

                                            /s/ Dulijaza Clark
                                            Dulijaza Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)